IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,                  No. CIV S-00-0559 MCE JFM P

    vs.

R. Q. HICKMAN,                  ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

1  4. A status conference is set for July 14, 2005, at 11:00 a.m. in Courtroom 26.

2  5. All parties shall appear at the status conference by counsel.

3  6. Fourteen days prior to the conference, the parties shall file and serve status

4 reports which address the timing and order of the following matters:

5  a. Discovery and investigations;

6  b. Anticipated motions;

7  c. The need for and timing of an evidentiary hearing;

8  d. Enumeration and resolution of unexhausted claims; and

9  e. Possible future amendments to the pleadings.

10 The parties are advised that failure to timely file a status report may result in sanctions.

11 DATED: May 5, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

JFM:8:brow0559.110a