1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   JAMES S. BROWN

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 JAMES S. BROWN,                )
                                  )   No. CIV S 00-0559 MCE JFM P
12              Petitioner,       )
                                  )   MOTION FOR SUBSTITUTION OF COUNSEL;
13        v.                      )
                                  )   ORDER
14 R.Q. HICKMAN,                  )
                                  )
15              Respondent.       )
   _____)

17     Petitioner JAMES S. BROWN hereby moves this Court for an order
18 substituting Michael Bigelow, 428 "J" Street, Suite 358, Sacramento,
19 California, 95814, telephone number, (916) 443-0217 as counsel for the
20 petitioner in the above-entitled case.  The Federal Defender's Office has
21 determined that it is currently unable to continue its representation of
22 petitioner.  Mr. Bigelow has agreed to represent petitioner.  He is an
23 experienced criminal defense attorney, with extensive experience in
24 federal habeas corpus cases.  A copy of the court's file in this case
25 will be forwarded to Michael Bigelow.
26 ////
27 ////
28 ////

Michael Bigelow is aware of any deadlines in this case.  He has authorized the undersigned to sign this substitution motion on his behalf.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: May 12, 2005          /s/ David M. Porter
                                        DAVID M. PORTER
                                        Assistant Federal Defender
                                        Attorneys for Petitioner
                                        JAMES S. BROWN

Dated: May 12, 2005          /s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW

                                        *********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Michael B. Bigelow shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: May 26, 2005

                                        UNITED STATES MAGISTRATE JUDGE

/brow0559.sub