IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,                  No. CIV S-00-0559 WBS JFM P

    vs.

R. Q. HICKMAN, Warden, et al.,

    Respondents.            <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has filed a motion to continue to September 13, 2005, the status conference presently set for July 14, 2005. The request is joined in by counsel for respondents. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 8, 2005 motion to continue is granted;

        2. The status conference set for July 14, 2005 is continued to September 13, 2005 at 11:00 a.m. before the undersigned in Courtroom # 26; and

/////

/////

/////

/////

1

3. Counsel are to be fully prepared to proceed at the time of the status conference, and no further continuance of that date will be granted for any reason.

DATED: June 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
brow0559.ext