IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

      Petitioner,               No. CIV S-00-0559 MCE JFM P

    vs.

R. Q. HICKMAN,                ORDER

      Respondent.

_____/

      Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, the parties have filed a joint status report in advance of the status conference presently set for September 22, 2005 before the undersigned. After review of said status report, and good cause appearing, IT IS HEREBY ORDERED that:

      1. On or before October 1, 2005, petitioner shall file a motion for discovery and, as appropriate, an amended petition.

      2. Within thirty days thereafter, respondent shall file a response to petitioner's motion for discovery and, as appropriate, a motion to dismiss. Any motion to dismiss shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 78-230(m).

1

3.  The status conference set for September 22, 2005 is dropped from calendar; and

4.  This matter is set for further status conference on Thursday, December 8, 2005, at 11:00 a.m. in Courtroom # 26.

DATED: September 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
brow0559.sc1