IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,               No. CIV S-00-0559 WBS JFM P

    vs.

R. Q. HICKMAN, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has filed a motion for leave to conduct discovery and for an extension of time to file an amended petition. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondents shall file and serve a response to petitioner's motion.

DATED: October 11, 2005.

UNITED STATES MAGISTRATE JUDGE

12;brow0559.dis

1