IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,               No. CIV S-00-0559 MCE JFM P

    vs.

R. Q. HICKMAN,

    Respondent.             <u>ORDER</u>

_____/

    This matter was scheduled for a status conference on December 8, 2005 at 11:00 a.m.. Laura Simpton appeared for respondent. Michael B. Bigelow, counsel for petitioner, failed to appear. Good cause appearing, IT IS ORDERED that:

    1. The status conference in this matter is reset for December 15, 2005 at 11:00 a.m. before the undersigned in courtroom #26; and

    2. Counsel are to be fully prepared to proceed at the time of the status conference, and no further continuance of that date will be granted.

DATED: December 12, 2005.

                                /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

JFM:8:brow559.sc

1