IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMILEY BROWN,

       Petitioner,                    No. CIV S-00-0559 MCE JFM P

  vs.

R.Q. HICKMAN, Warden, et al.,

       Respondents.                ORDER

                                             /

This matter came on for status conference December 15, 2005. Michael B. Bigelow appeared for petitioner. Laura Wetzel Simpton, Deputy Attorney General, appeared for respondents. Upon consideration of the file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. By February 2, 2006, petitioner shall file any motion for any discovery counsel believes is warranted at this stage of the case;

        2. Respondents' opposition shall be filed by February 16, 2006; and

        3. Oral argument on petitioner's motion for discovery is set for hearing before the undersigned on February 23, 2006, at 11:00 a.m. in Courtroom #26.

DATED: December 20, 2005.

                                             UNITED STATES MAGISTRATE JUDGE

/001; brow0559.oah