IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,          No. CIV S-00-0559 MCE JFM P

    vs.

R. Q. HICKMAN,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file objections to this court's April 21, 2006, findings and recommendations which recommended that petitioner's application for a writ of habeas corpus be denied. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 9, 2006, and May 10, 2006 requests for an extension of time are granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file objections to the April 21, 2006, findings and recommendations.

DATED: May 15, 2006.

                               UNITED STATES MAGISTRATE JUDGE

8:brow0559.ext3