1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES S. BROWN,

11              Petitioner,                    No. CIV S-00-0559 MCE JFM P

12        vs.

13   R.Q. HICKMAN,

14              Respondent.                    ORDER

15   _____/

16              Petitioner has requested an extension of time to file and serve objections to the

17   April 21, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19              1.  Petitioner's June 27, 2006 request for an extension of time is granted; and

20              2.  Petitioner is granted until August 13, 2006, in which to file and serve

21   objections to the April 21, 2006 findings and recommendations.

22   DATED:  July 20, 2006.

23

24

25                              UNITED STATES MAGISTRATE JUDGE

26   008;brow0559.111(3)