IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,

    Petitioner,                   No. CIV S-00-0559 MCE JFM P

  vs.

R. Q. HICKMAN, Warden,

    Respondent.                <u>ORDER</u>

         Petitioner has filed a third request for extension of time to file objections to this court's April 21, 2006, findings and recommendations which recommended that petitioner's application for a writ of habeas corpus be denied. Respondent has filed a statement of non-opposition to petitioner's request. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Petitioner's August 14, 2006, request for an extension of time is granted in part; and

         2. Petitioner is granted until September 15, 2006, in which to file objections to this court's April 21, 2006, findings and recommendations. No further extensions of time will be granted.

DATED: August 18, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

008:brown559.111