IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. BROWN,                           No. 2:00-cv-0559-MCE-KJM-P

    Petitioner,

  v.                                      <u>ORDER</u>

R.Q. HICKMAN,

    Respondent.
_____/

    Petitioner, a state prisoner proceeding through counsel, has filed this Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 21, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.

///

1

1 Petitioner has filed Objections to the Findings and
2 Recommendations.
3     In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.
8     Accordingly, IT IS HEREBY ORDERED that:
9     1.  The Findings and Recommendations filed April 21, 2006,
10 are adopted in full; and
11     2.  Petitioner's Application for a Writ of Habeas Corpus is
12 denied.
13 DATED:  October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE